UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DAMIEN LARON CRAWFORD,

Plaintiff,

v.

JAMES BUTTRAM; BRIAN KELLER; WILLIAM KING; JOSEPH WOODLAND,

Defendants.

Case No. 2:26-cv-00317-AP

# JUDGMENT

This action is DISMISSED with prejudice for failure to state a claims.

DATED this 11th day of June, 2026.

s/ Michael J. McShane
MICHAEL J. MCSHANE
United States District Judge